

**ORDERED in the Southern District of Florida on September 20, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                           CASE NO.: 24-14075-EPK
                                                                 CHAPTER 13

ANDREW PAUL SCHNEIDER

_____DEBTOR___/

### ORDER DENYING DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE

**THIS CAUSE** came before the Court on September 17, 2024, on the Debtor's Motion to Reinstate Chapter 13 Case (ECF No. 54) and for the reasons stated on the record, it is

**ORDERED** that:

1. The Motion to Reinstate Chapter 13 Case is hereby **DENIED**.

### ###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**

ANDREW PAUL SCHNEIDER
10596 VERSAILLES BLVD.
WELLINGTON, FL  33449

**ATTORNEY FOR DEBTOR**

JEFFREY M. SISKIND, ESQUIRE
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.